**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6091**

_____

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

  versus

BILL W. CONARD,

           Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-86-A, CA-97-147-1)

_____

Submitted: July 2, 1998      Decided: July 22, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Bill W. Conard, Appellant Pro Se. Jerry Wayne Miller, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion and his motion to reconsider under Fed. R. Civ. P. 60. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Conard, Nos. CR-86-A; CA-97-147-1 (W.D.N.C. Oct. 3, 1997, Nov. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED